IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERTO ESTEBAN FINOL LOPEZ, §§§§ | |
| Petitioner, § | |
| § | |
| v. § | CIVIL NO. 3:26-CV-62-K-BN |
| § | |
| KRISTI NOEM, et al., § | |
| Respondents. § | |

# JUDGMENT

This action came on for consideration by the Court, and the issues have been duly considered and a decision duly rendered. The Court **GRANTS in part** Petitioner Roberto Esteban Finol Lopez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Dkt. No. 1]. The Court **DENIES** the Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction [Dkt. No. 2]

It is ORDERED, ADJUDGED, and DECREED that, by **12:00 p.m. Central Time, February 2, 2026**, Respondents shall either: (1) provide Petitioner Roberto Esteban Finol Lopez with a bond hearing before an immigration judge at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Petitioner's continued detention; or (2) release Petitioner Roberto Esteban Finol Lopez from custody, under appropriate conditions of release, to a public place.

It is further ORDERED, ADJUDGED, and DECREED that, by **5:00 p.m. Central Time, February 2, 2026**, Respondents shall **FILE** a notice informing the

Court whether Petitioner Roberto Esteban Finol Lopez has been released from custody. If Petitioner Roberto Esteban Finol Lopez has not been released from custody, Respondents shall inform the Court whether and when a bond hearing was held in accordance with the preceding paragraph. Respondents shall further inform the Court, in detail, of the reasons for the immigration judge's decision.

It is further ORDERED, ADJUDGED, and DECREED that, if Petitioner Roberto Esteban Finol Lopez is released, Respondents must **NOTIFY** Petitioner's counsel of the exact location and exact time of his release as soon as practicable and **no less than two hours before his release**.

Signed January 26th, 2026.

*Ed Kinkeade*
ED KINKEADE
UNITED STATE DISTRICT JUDGE